LAW LIBRARY

NO. 29455

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 AUG 10 AM 9:34

JEAN R. KISHIMOTO CLERK APPELLATE COURTS STATE OF HAWAII

FILED

---

ROBERT LEE TEW, JR., Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 07-1-0035; CR. NO. 06-1-0664)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioner/Petitioner-Appellant Robert Lee Tew, Jr.'s

application for writ of certiorari filed on June 28, 2010, is

hereby rejected.

DATED: Honolulu, Hawai'i, August 10, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

Shawn Anthony Luiz
on the application for
petitioner/petitioner-
appellant.

---

[1] Considered by: Nakayama, Acting C.J., Duffy, and Recktenwald, JJ., and Circuit Judge McKenna in place of Moon, C.J., recused, and Circuit Judge Crandall in place of Acoba, J., recused.